AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. MR 19-729
) 
17 Concord Rd. )
Roswell, New Mexico 88230 )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Mexico___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1, incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___July 2, 2019___
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Gregory J. Fouratt, U.S.M.J.___
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   06/18/2019 3:30 pm   _____
                                              *Judge's signature*
                                              **Gregory J. Fouratt**
City and state:   Las Cruces, New Mexico     ___t / U.S. Magistrate Judge___
                                              *Printed name and title*

# Return

| Case No.: LS15BR19LS0008 | Date and time warrant executed: 6/19/2019  10:00am | Copy of warrant and inventory left with: At residence 17 concord rd. Roswell |
|---|---|---|

Inventory made in the presence of :
HSI Special Agent, Victor M. Tellez

Inventory of the property taken and name of any person(s) seized:

01 - Misc documents
02 - LG cell phone
03 - Black cell phone
04 - Motorola flip phone
05   Silver LG cell phone
06 - Black Samsung cell phone
07 - 2 Notebooks/ledgers

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/19/2019

*Executing officer's signature*

Victor M. Tellez HSI Special Agent
*Printed name and title*

## ATTACHMENT A

## SUBJECT PREMISES

The Subject Premises is located at 17 Concord Rd., Roswell, New Mexico. The property is fenced with a chain link wire fencing. The Subject Premises is comprised of multiple structures. The primary structure is a single residential dwelling. The dwelling has a brown roof, brownish red brick exterior, with the front door facing to the south. Southeast of the dwelling is a white outbuilding with a window facing west. South of the outbuilding are two tan sheds. South of the single residential dwelling is a white travel trailer. Multiple abandoned vehicles are located in the Subject Premise along with a box trailer. The following photographs show a view of the Subject Premises; not to include all outbuildings and vehicles located on the property constituting the Subject Premises.







## ATTACHMENT B

### ITEMS TO BE SEIZED

1. The following records, documents, and items that constitute evidence, contraband, fruits of crime, other items illegally possessed, and property designed for use, intended for use, or used in, violations of Title 8 U.S.C. §§ 1324(1)(A)(iii), relating to evidence of smuggling and harboring undocumented aliens, in any form wherever it may be stored or found including, but not limited to:

   a. Documents and articles of personal property evidencing the smuggling or harboring of aliens, including: ledgers, customer lists, counterfeit or genuine immigration documents, telephone/address books or notebooks containing the names of individuals involved in alien smuggling or harboring of aliens.

   b. Cash, checks, or other monetary instruments obtained from alien smuggling or harboring, only to the extent that there are actual receipts or proof that the funds are from these illegal activities. Bank accounting or other financial records which are records of earning or payments relating to alien smuggling or harboring of aliens.

   c. Counterfeit, genuine, or altered immigration or social security documents including counterfeit, genuine, or altered alien registration receipts, cards including, but not limited to Forms I-551, I-151, I-586, I-688, I-688A, I-688B and I-94; and counterfeit, genuine, or altered social security cards.

   d. Any passwords, PIN numbers, encryption programs, or other data security devices necessary to gain access to related computers or cell phones.

   e. All documents tending to show occupancy and/or ownership of the home, including personal identification, bills, receipts, canceled mail, utility bills, rent receipts and bank statements.

   f. Any computers (including file servers, desktop computers, laptop computers;

mainframe computers and storage devices such as hard drives, zip disks, CD-ROMs, DVDs and floppy disks, personal digital assistants and cell phones) that were or may have been used to get the information listed in items a-e above. Cellular telephones and their contents, including phone book or contact lists, call history, text messages and logs, audio/video files, voice mail messages, photographs and any other material stored on the cellular telephones that may constitute the listed items a-e above or contain evidence related to the offense.